UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      *Plaintiff,*

    v.

TORIN J. FINVER,

                      *Defendant.*

**NOTICE OF MOTION
TO FILE UNDER SEAL**

**CASE NO. 18-MJ-05282-MJR-1**

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss:
CITY OF BUFFALO      )

      BARRY NELSON COVERT, ESQ., being duly sworn, deposes and says:

    1.    I represent the defendant Torin Finver.

    2.    Your deponent requests that the defendant's Notice of Motion for Release from Custody be filed under seal because the information set forth therein deals with issues in the case that should not be made available to the public.

    WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:    Buffalo, New York
                June 21, 2019

Respectfully submitted,

/s/Barry Nelson Covert
BARRY NELSON COVERT, ESQ.
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant
TORIN J. FINVER
Office and Post Office Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
bcovert@lglaw.com

Subscribed and sworn to before me this
21st day of June, 2019.

/s/Kristina Drewery
Commissioner of Deeds, Qualified in Erie County
My Commission Expires December 31, 2020

TO: JOSHUA A. VIOLANTI, ESQ.
     ASSISTANT UNITED STATES ATTORNEY
     Federal Centre
     138 Delaware Avenue
     Buffalo, New York 14202