AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

FILED
AUG -1 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Torin Jonathan Finver | ) | Case No. | 1:18-05282M-001 |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Torin Jonathan Finver
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Bail Violations

Date: May 29, 2019

*Issuing officer's signature*

City and state: Buffalo, New York

Michael J. Roemer, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 5/29/19, and the person was arrested on *(date)* 5/30/19
at *(city and state)* Buffalo, NY

Date: 5/30/19

Executing ~~Arresting~~ officer's signature

Jenelle C Yaeger, Invest. Research Spec
*Printed name and title*