UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      *Plaintiff,*<br> v.<br><br>TORIN J. FINVER,<br>      *Defendant.* | NOTICE OF MOTION<br>TO FILE UNDER SEAL<br><br>CASE NO. 18-mj-05282-MJR |

---

STATE OF NEW YORK  )
COUNTY OF ERIE    ) ss:
CITY OF BUFFALO   )

  BARRY NELSON COVERT, ESQ., being duly sworn, deposes and says:

  1.  I represent the defendant Torin Finver.

  2.  Your deponent requests that the defendant's Response to the Government's Notice of Motion and Motion for Bail Revocation be filed under seal because the information set forth therein deals with issues in the case that should not be made available to the public.

  WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:  Buffalo, New York    Respectfully submitted,
     November 15, 2019

                /s/Barry Nelson Covert, Esq.
                BARRY NELSON COVERT, ESQ.
                LIPSITZ GREEN SCIME CAMBRIA LLP
                Attorneys for Defendant
                TORIN FINVER
                Office and Post Office Address
                42 Delaware Avenue, Suite 120
                Buffalo, New York 14202
                (716) 849-1333
                bcovert@lglaw.com

Subscribed and sworn to before me this
15th day of November, 2019

/s/Kristina Drewery
Commissioner of Deeds, Qualified in Erie County
My Commission Expires December 31, 2020

TO:  JOSHUA A. VIOLANTI, ESQ.
    ASSISTANT UNITED STATES ATTORNEY
    Federal Centre
    138 Delaware Avenue
    Buffalo, New York 14202