UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                              *Plaintiff,*

                                                    Docket No:  19-CR-00243-WMS-1

            vs.

                                                    **STATEMENT WITH RESPECT TO
                                                    SENTENCING FACTORS**


TORIN J. FINVER,
                              *Defendant.*

_____

        BARRY NELSON COVERT, ESQ., being duly sworn, deposes and says:

        I represent the Defendant Torin J. Finver.  I make this affirmation in accordance with the

requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with

Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.  I

have reviewed the Presentence Report and it appears to be accurate, based on what I know of Dr.

Finver and his case. The Defendant offers the following corrections to the filed Pre-Sentence

Report: (1) on page 12, the name of Dr. Finver's step-father should be spelled "Morten," rather

than "Mortin"; (2) on page 13, the name of Dr. Finver's ex-wife should be spelled "Rachael

Hutchinson" rather than "Rachel Hutcherson"; and (3) on page 15, Dr. Finver denies having used

Phencyclidine (PCP).

        By way of background, Dr. Finver was born in Chisholm, Minnesota on July 31, 1964 to

Alan Cianni and Rhona Bittle.  Dr. Finver earned his medical degree at Albany Medical School,

pursuing a residency in internal medicine at Albany Medical Center.  He eventually found a job in

private practice at Vassar Medical Center in Poughkeepsie, New York, and later began working in

the addiction recovery field in Buffalo, New York.  He hopes to one day overhaul the New York

State addiction recovery system so that recovering addicts can find a better path to recovery.  Dr.

Finver has one sister, Hillary Landau, age fifty-three, who lives in Briarcliff Manor, New York.

He also has a sixteen-year-old daughter, Hollace, who lives with Dr. Finver's ex-wife, Rachael

Hutchinson.

DATED:      June 15, 2020
            Buffalo, New York

/s/Barry Nelson Covert
BARRY NELSON COVERT, ESQ.
LIPSITZ GREEN SCIME CAMBRIA LLP
*Attorneys for Torin J. Finver*
42 Delaware Avenue, Suite 120
Buffalo, NY 14202
Phone:  (716) 849-1333
Fax:     (716) 855-1580
bcovert@lglaw.com
