April 22, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria L.L.P.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE: TORIN FINVER

Dear Mr. Covert:

We are writing this letter as Torin's loving parents (Peter for the past 24 years). Torin is a brilliant physician, a dedicated father of a 14 year old daughter and a recovering substance abuser. This disease has had enormous impact on him and no one is more distressed and disappointed by this relapse than Torin himself. In the past, Torin has graduated from Medical School with distinction only to relapse. After recovery, he became a successful family medicine practitioner in Ithaca, NY and again suffered a relapse. After recovery, he dedicated himself to becoming a renowned substance abuse specialist in Buffalo and once again, after this success, relapsed. As you can see, with every high achievement or promotion his illness was always lurking.

There is no question in our minds that Torin will once again access professional help and understanding to become an asset to whatever community he may serve in the future. He has a brilliant and inquisitive mind and a unique ability to connect with and to assist others suffering with addiction. Speaking as his parents, it has been frustrating to see such a unique individual underestimate his value to the community and not be able to accept the recognition that he has earned. Torin is now approaching age 55, loaded with remorse and shame because of his mental illness and addiction. We pray that he will have the opportunity to once again make meaningful contributions and to be able to guide his bright beautiful daughter, Hollace, through her teenage years into adulthood with pride in herself and her father who loves her dearly.

We ask that you see Torin as we see him: a gentle, talented, productive, and, yes, flawed individual who needs time for treatment and recovery, not prosecution, so that he may once again become an asset to the community as he has been in the past. When he is well, anyone who meets and gets to know him is in awe. He has a steely, strong, empathetic character with a wealth of knowledge and a disarmingly wonderful sense of humor. While we understand the gravity of his offense, we believe with support and treatment he can once again attain recovery.

Thank you for your consideration and understanding.

Respectfully,

Rhona and Peter Bittle

**Hillary Finver Landau**
87 Hirst Road
Briarcliff Manor, NY 10510

April 24, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE: <u>TORIN FINVER</u>

Dear Mr. Covert,

My name is Hillary Finver Landau and I'm fortunate to call Torin my brother. I've always said that Torin is my favorite person. He is unapologetically and humbly unique – a true renaissance man, Torin knows about more about more subjects than anyone I've met and always looks to learn more. Aside from being a gifted and insightful physician, he's an incredible cook, learned yogi, avid outdoorsman, talented writer, and audiophile who collects music, plays instruments and builds speakers. He can take a car apart and put it back together again. When we were kids, he built a Tesla Coil for fun in the basement. My brother has trained cats, dogs, and hermit crabs. His passion is for learning and his compassion is for all living things. He has always been truly dedicated to helping others wanting nothing in return.

My brother's diseases of bi-polar disorder and related addiction and have always been his weaknesses. When he begins to get manic, he becomes susceptible to the pull of substances. He has learned a tremendous amount about this connection thru the incredible experiences and support he has received at various esteemed treatment centers throughout his adult life. He has never looked to materially benefit or gain from his access to medications and has never put anyone else in jeopardy. Torin doesn't "party" and never did – he self-medicates to ease his overworking mind when manic which, as a pattern, happens when he has been working too hard and lost his balance.

Sadly, Torin's dedication to his patients and inability to set limits on his employers resulted in this relapse. I wish I had been living closer so that I could have perhaps seen it happening. Unfortunately, those around him missed the signs and Torin wasn't able to see them for himself – a difficult thing to do, but something that Torin has been working on throughout his illness. Thankfully, the relapse was a quick one and he sought and received treatment immediately. Unfortunately, his curious and manic mind led him down a dark path and he now has to answer to the courts as well as his own recovery. When Torin is healthy, I know that he would never knowingly look to break the law.

Torin risks losing everything right now – his daughter, his medical license, his financial security, and his freedom. These are all things that he has fought hard to get back over the past 10 years since he last relapsed. I truly hope he has the opportunity to, once again, work toward getting his life back. He has so much to offer and so much more to learn.

Respectfully,

Hillary Finver Landau



**Paul H. Earley, M.D., FASAM**
Earley Consultancy, LLC
675 Seminole Ave
Atlanta, Georgia 30307
Phone: (404) 492-7669 Fax: (855) 344-7918
Web: www.paulearley.net

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue
Suite 120
Buffalo, New York
14202-3924

Monday, April 15, 2019

RE: Torin Finver, M.D.

Mr. Nelson,

I am writing this letter at the request of Dr. Finver. I have known Torin for over 10 years in several capacities and notably as a colleague.

I have spent my career treating and overseeing the care of physicians who suffer from substance use disorders. I am the current medical director of the Georgia's Professionals Health Program. In my current position, I manage all physicians in Georgia who have substance use disorders and, along with their treating physicians, make decisions as to whether or not a physician has the privilege of practicing medicine in my state. In my current position, I use more than 30 years of clinical expertise in making such decisions for the safety of all citizens of Georgia. I am also the current president of the Federation of State Physician Health Programs and the President of the American Society of Addiction Medicine (ASAM).

Dr. Finver entered recovery, retrained in addiction medicine and went on to work in the field of addiction medicine, treating hundreds of suffering individuals. As is the case with any chronic illness, relapse can occur. Unfortunately, Dr. Finver was one of its victims. I understand that he purchased drugs in an illicit manner and is thus accused of crimes related to this behavior. I make no excuse for that except to say that criminal behavior occurs in every case of addiction to illegal drugs.

One of the most remarkable statistics in addiction is that physicians do very well in maintaining their recovery from substance use disorders, with 80% of them remaining completely abstinent for 5 years as verified by sophisticated random drug testing. Still, addiction is a tenacious illness and relapses do occur. When they occur, the most common victim of addiction recurrence is the physician him or herself. This is the case with Dr. Finver as well. If allowed to remain free of prison, he would be in a strict monitoring program in the physician addiction monitoring

program, called the Committee for Physician Health of New York state. Such oversight would serve to help him remain in recovery. Our experience in Georgia has shown that after a severe relapse, the Physician Health Program often monitors the physician for extended periods of time, ensuring that they remain in recovery.

Dr. Finver served his community for many years. He was well liked in his community and in the American Society of Addiction Medicine. He is an astute clinician and has been a reference source for me; despite my experience in the field his consultations have provided me with deep understanding on multiple occasions. Surely society is best served by him remaining available as a consultant and even hopefully as a clinician in helping stem the tide of the national crisis in its current form – the opioid use disorder epidemic.

The only victim in this case is the accused, Torin Finver. I urge the court to consider the overall health of society in his case. I am available for additional information about addiction among physicians, management of long-term recovery and the role physician health programs in protecting the public and ensuring public safety.

Sincerely,

*Paul H Earley* M.D.

Paul H. Earley, M.D., DFASAM

Medical Director, Georgia Professionals Health Program
President, Federation of State Physician Health Programs
President, American Society of Addiction Medicine

April 27, 2019

Rachael Hutchinson
34 Spring Run Road
Freeville, NY 13068

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE:  Torin Finver

Dear Mr. Covert,

My name is Rachael Hutchinson and I've known Torin for the past nineteen years.  We met in 2000, were married in 2002, had a daughter in 2004, and I filed for divorce in 2007 because of issues surrounding his drug abuse and addiction.  Since our divorce in 2008, Torin has maintained fairly regular visitation with our daughter and I've watched him rebuild his life.

It has been quite a journey to know Torin through two drug relapses.  The first drug relapse was during our marriage.  I was completely dumbfounded at what he was capable of doing while abusing drugs and he made our eventual divorce very difficult.  His actions during that time had me in disbelief as to why I had married him in the first place.  It took a long time and multiple drug rehabilitation centers, but Torin began to turn his life around and I saw the person I once knew slowly re-emerge.   He got his medical license back, found meaningful work, and settled into a life in Buffalo.  Things seemed to be going well for him professionally and personally.  He regained some trust he lost with his daughter and myself.

I was blindsided by Torin's most recent relapse along with the charges he faces.  None of his actions make any rational sense but that seems to be the nature of the disease he is afflicted with.  While I cannot relate to what Torin has gone through with his drug addiction, I do think I'm beginning to understand that the drugs take over at the expense of everything.  Torin is not in control when under the influence of drugs.  I don't know what the future holds for him, but I do know that the part of him that has control over his addiction makes good life choices and will work to overcome the events of this recent relapse.  I've seen him do it once, I'm sure I'll see him do it again.  He's one of the hardest working people I know.

Respectfully,

*Rachael Hutchinson*

Rachael Hutchinson

Tuesday April,23, 2019

Barry Nelson Covert,Esq.
Lipsitz Green Scum Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE: TORIN FINVER

Dear Mr. Covert:

My name is Polly Harris, and I would like to thank you for giving me the opportunity to tell you about my nephew, Torin Finver, one of the most kind and loving people in the world. I know my nephew very well, I was 15 years old when he was born.   We sort of grew up together.
Torin is a man with a great sense of humor, and of great wisdom. At family get togethers he  is involved with everyone telling stories, jokes and cooking the most wonderful dishes.  He is a full participant,,and grateful to be with us all, as we are to be with him.
 Torin is a man who understands what drugs have brought to his life.  It has happened before. He will get past it. He is a man with an unthinkable sickness known as addiction. But, his sickness is not who he is. He is a son, a friend, a nephew, a father, a doctor, a patient,  and a wonderful human being.
He has suffered so many heart wrenching losses, not to see his daughter Hollace is so painful and shameful for him. To possibly loose his practice, his medical license, his paycheck, his friends.  And to keep in mind all that he will gain: the shame and fear of a court case and all that that will bring.  Having been known in Buffalo for all his good works, and now everything, well now everything is different.
I hope Torin can find some safe place for solace while waiting for the proceedings to happen, and making a life anew.  He knows he has his family.  That will never change.

With regards

Polly Harris

**MICHAEL J. PICHEL**
Attorney
320 North Aurora Street
Ithaca, New York 14850-4202

Telephone: (607) 273-1600
Email: michaelpichel@gmail.com

Fax: (607) 233-4681
Fax and email not for service of papers

April 16, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Telephone: 716-849-1333, ext. 365
Fax: 716 855 1580
Email: bcovert@lglaw.com

Re:    Torin Finver

Dear Attorney Covert:

My name in Michael Pichel, I have lived in Ithaca, NY since 1964 when I came to Study at Cornell University.  I was a faculty member at Cornell in 1968-69. Since 1975 I have been a practicing attorney.

I've known Torin for about 15 years, initially as his patient at Family Medicine Associates in Ithaca. At that time I found Torin to be a compassionate, competent, physician.

About 12 years ago, I observed Torin suffer a tragic lapse to addiction and mental health problems.

Since that time Torin and I became friends. Over the past ten years of his recovery Torin has stayed in my family home in Ithaca, one weekend/ month, when he had visitation with his daughter, Hollace.

I have observed Torin work to regain his medical license and become a respected and productive addiction medicine specialist in Buffalo, NY.

I am saddened to learn of Torin's relapse and recurrence of his illnesses and his resultant legal problems, but I sincerely believe that Torin can return to responsibility and productivity again, if he is afforded the opportunity.

Respectfully yours,

MICHAEL J. PICHEL

June 7, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE: TORIN FINVER

Dear Mr. Covert:

I am writing on behalf of Dr. Torin Finver.  I am a Distinguished Fellow of the American Society of Addiction Medicine, having specialized in the field for nearly 4 decades. I myself am also a person in long term recovery from addiction, with continuous, sustained recovery for over thirty eight years. I have known Dr. Finver for a decade on both a professional and personal basis. During that time, I have come to trust Dr. Finver as a colleague on whom I can rely for the best professional advice regarding principles of addiction medicine that benefit both individual patients and population health.   I have also relied on him as a friend in recovery from addiction himself, as someone with whom I can share personally.    He has never disappointed me and has offered his support unconditionally and generously in both capacities.

I am aware that Dr. Finver had an exacerbation of his illness of addiction.  I am also aware that he promptly took steps to restore his sobriety and sought advice from trusted experts on the best course of action to treat his illness.   He has well demonstrated his ability to sustain long term recovery, and to the best of my knowledge is reengaged in the efforts that are necessary to be sober.

Dr. Finver has helped countless patients through his direct care, saved lives and relieved suffering from the disease of addiction for both the patients and the people who love them   He has also served on numerous committees and organizations statewide to advance the field of addiction medicine.  He was instrumental in starting one of the first Fellowships in Addiction Medicine in the United States at the University of Buffalo and in teaching Addiction Medicine Fellows in that specialty at a time when opioids were harming and killing in epidemic proportions.  Those physicians whom he taught in that Fellowship are now themselves treating their own patients in other places and are in turn relieving suffering and saving lives.

During this time, he freely shared about his own addiction and recovery publicly and professionally, the effect of which was to offer hope to families, friends and people with addiction.   He has been living proof that recovery is possible.  He has been a respected and active member of the recovery community in the Buffalo area, and has carried the message in those circles as well

Dr. Finver is my colleague and my friend. His recovery is an example of how the devastation of active addiction can be transformed by recovery into a phenomenon for good which benefits everyone.  Everything that can be done to restore his health and reinstate him to the active practice of addiction medicine will be wise for not just his own wellbeing but for the patients and families whose lives he will again touch.

Respectfully,

Charles W. Morgan, MD, DFASAM, FAAFP, DABAM

Past Medical Director
New York State Office of Alcoholism and Substance Abuse Services

Physician
Wayne Behavioral Health Network



Jacobs School of Medicine
and Biomedical Sciences
**University at Buffalo**

April 15, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

RE: Torin Finver MD

Dear Mr. Covert,

I am Chair of the Department of Family Medicine, Jacobs School of Medicine and Biomedical Sciences, University at Buffalo. I have known Dr. Finver since we recruited him to a fellowship position in Addictions Medicine in July of 2013. Upon completion of the fellowship program in July of 2014, Dr. Finver was appointed as medical director of child and adolescent addictions at Renaissance Addiction Services, medical director of Horizon Health detox and inpatient additions, and fellowship director for the educational program.

Dr. Finver, in discharging these responsibilities, demonstrated professionalism, concern, empathy, and consistent attention to the needs of his patients and learners. He brought his expertise in addictions medicine to a community in dire need of his care, and was available well beyond the weekday clinic sessions in each of these settings.

I was most pleased to support Dr. Finver as he worked his way through a number of challenges to regain his professional standing and certifications. He was most appreciative of the opportunity to return to a productive and meaningful role as a physician.

I know he harbors deep and intense regret for his behavior, which has harmed him, his family, his community, and removed him from the work in which he so diligently applied himself. In my conversations with him, he reports a painful sense of remorse, bearing witness to the downward arc of his professional career which he worked so hard to recover. Although he may never be granted medical licensure, I know he will seek some role where he can apply his expertise and caring for the benefit of others.

Sincerely,

Daniel Morelli, MD
Professor and Chair
Department of Family Medicine
Jacobs School of Medicine and Biomedical Sciences
University at Buffalo



**University at Buffalo**
*The State University of New York*

Department of Family Medicine Residency Program
School of Medicine and Biomedical Sciences

April 18, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Re: Torin Finver, MD

Dear Mr. Covert:

My name is Donna Colucci, I am the Fellowship and Training Program Coordinator for the University at Buffalo, Department of Family Medicine residency and addiction medicine programs.

I first met Torin Finver on March 7, 2013 when he came to interview for a fellowship position with us. I had the opportunity to spend most of the day with him. I liked him as soon as I met him. He is a very outgoing, friendly person. I knew he would fit right in with our program and be an asset to our community. He completed the fellowship and went on to become the Program Director and worked hard to make numerous improvements to not only our program, but other community programs as well. He is loved by his patients and was always there to help anyone who needed him. The family medicine residents loved training with him. He worked hard to get to where he was and I know he disappointed himself and will work hard to get back to that point in his life. I believe our community truly benefited from having Dr. Finver to educate and help them with their own life obstacles, and hope he is able to continue to help them.

Sincerely,

Donna Colucci
Training & Fellowship Program Coordinator
UB Family Medicine
Addiction Medicine Coordinator
77 Goodell Street, Suite 240
Buffalo, NY 14203



**Community
Action
Organization**
of WNY

**D.A.R.T.**
**1237 Main Street, Buffalo, NY 14209**
**716-884-9101 (P)  *  716-884-7003 (F)**

Re: Torin Finver, MD
date:    4/15/19

To whom this may concern,

I have been asked to write a letter in support of Dr. Finver as his legal situation evolves.

I have known Dr. Finver for about 6 years, both in professional and recovery contexts. My training and earlier practice were in general surgery. I developed opioid problems myself after trauma, and I have been fortunate to get into recovery. I now practice Addiction Medicine and I am a staff physician at the DART methadone clinic in Buffalo, and on the faculty in the Department of Family Medicine at the Jacobs School of Medicine, SUNY Buffalo. I probably first met Dr. Finver at recovery support meetings. Until his recent relapse to addictive disease, he was always a clear voice for recovery and for the effective and compassionate treatment of patients with substance use disorders. Later he became something of a mentor to be as I made a transition to practicing Addiction Medicine; he allowed me to shadow him in practice and taught me a lot. It was with great dismay that I learned of his relapse. He is a brilliant man and prior to his relapse he helped many, probably thousands, of patients recover from addiction. I have spoken to Dr. Finver on a few occasions since his recent difficulties began and I think he has a clear idea of how impaired he was, and how serious his legal transgressions were, and that he takes responsibility for those transgressions. Part of this situation arose, I believe, in a paradoxical way, because of his motivation to try to help people; he ended up working too much due to understaffing situations, and ended up overworked and too stressed, and this contributed to his relapse.  I would respectfully ask that his prior track record, his considerable efforts in the past to do the right thing, his extraordinary accomplishments in terms of the number of patients that he helped, and the many lives that he saved, could be taken into account as possible mitigating factors.

Sincerely,

*G. Weissman, MD*

Arthur Weissman, MD
staff physician, DART program
Diplomate, American Board of Surgery
Assistant Professor, Department of Family Medicine, JSMBS

To whom it may concern:

My name is Mark Alexander.  I have known Torin for about 11 years as his sponsor in AA and as a friend.  Over that time I have seen him diligently do the work to not only get sober, but return to the practice of medicine after five years without a medical license, and as a result he has shown great patience.  In the past five years he returned to New York to learn and practice Addiction Medicine, for which he showed a great enthusiasm.

I was greatly disappointed when he informed me of his lapse in sobriety.  In working with him since then, he has shown the same commitment as before to getting treatment and into looking at what was missing in his maintenance of sobriety that allowed such a slip.
I know Torin has a great deal to contribute to the community as well as to his career if he is allowed the opportunity.   I look forward to our continued relationship going forward.


Thank you,

Mark Alexander

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY, 14202

Re: Torin Finver

Dear Mr. Covert:

My name is Dr Philip J. Carriere. I am an addiction medicine physician. As medical director at Horizons Health Services, Dr. Torin Finver was instrumental in hiring me for my first physician job out of residency training starting 9/2017. I worked closely with Torin for 1 year and over that time, he trained me in the field.

Torin would take me to 12-Step meetings and have me sit in on the groups he led where he would discuss the neuro-biology of addiction to our patients. We could discuss difficult patient-cases and it was obvious he was invested in their wellbeing and sobriety. We attended academic conferences together where he would introduce me to his mentors.

Torin has worked tirelessly and with singular focus for his patients and employers, often being on call on weekends and overnights. Being the fellowship director of addiction medicine and the medical director at both Horizons Health Services and one of the only youth residency programs in the area highlights this. He independently was also working on a study to evaluate the efficacy of the medications we commonly use in our practice. I believe he overworked himself and that this played a role in his mental health and relapse.

I appreciate having this opportunity to write about my relationship with Torin. I have known Torin to be extremely dedicated and passionate about his work and patients. To become an expert in any field one needs to enlist the help of a mentor. Torin has been and continues to be that person for me.

Respectfully,

Philip J. Carriere, MD



President/CEO
Anne D. Constantino

Executive VP/CFO
Erin E. Ryan

For Appointments
and Information
716.831.1800

**Administrative Office**
3020 Bailey Avenue
Buffalo, NY 14215
716.831.2700

**Bailey LaSalle**
3297 Bailey Avenue
Buffalo, NY 14215
716.833.3622

**Batavia**
314 Ellicott Street
Batavia, NY 14020
585.815.0247

**Boulevard**
1370 Niagara Falls Boulevard
Tonawanda, NY 14150
Addictions 716 833 3708
Mental Health 716 833 3792

**Broadway**
77 Broadway
Suite 100
Buffalo, NY 14203
716.834.6401

**East Amherst**
6495 Transit Road
Suite 800
East Amherst, NY 14051
716.418.8531

**Health Home Care
Coordination**
Erie County
11 Summer Street
Buffalo, NY 14209
716 508.7700

**Health Home Care
Coordination**
Niagara County
1750 Pine Avenue
Niagara Falls, NY 14301
716 285.0637

**Hertel Elmwood**
699 Hertel Avenue
Suite 350
Buffalo, NY 14207
716.831.1977

**Lockport**
637 Davison Road
Lockport, NY 14094
716 433.2484

**Niagara Falls**
6520 Niagara Falls Boulevard
Niagara Falls, NY 14304
716 283 2000

**Orchard Park**
3345 Southwestern Boulevard
Suite 100
Orchard Park, NY 14127
716 662 6802

**Pine Avenue**
2400 Pine Avenue
Niagara Falls, NY 14301
716.505 1060

**Sanborn**
6321 Inducon Drive East
Sanborn, NY 14132
716.650.5550

**Tonawanda**
37 Niagara Street
Tonawanda, NY 14150
716.831.1850

**Union Losson**
2563 Union Road
Suite 800
Cheektowaga, NY 14227
716.668.7622

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Ave. Suite 120
Buffalo NY 14202

RE: Torin Finver, MD

Dear Mr. Covert:

I am writing on behalf of Torin Finver, MD. I have known Dr. Finver since mid-2014 when he was referred to me as a possible consultant to resume medical directorship of our newly acquired crisis stabilization and detox facility located at 291 Elm St. in Buffalo NY. Dr. Finver had recently completed a Medical Fellowship in Addiction Medicine through the University of Buffalo Family Medicine Program and he came recommended as someone that could help us better develop the medical components of our programming.

Dr. Finver worked at 291 Elm St. from July1, 2014 up to his arrest in December of 2018. His arrest was incredibly shocking and it served as a real life example of just how devastating addiction can be --- even for those that had seemingly gotten themselves back on track.

In the days that followed his arrest I had occasion to speak with Dr. Finver about how all of this happened. He recounted events that painted the picture of his relapse and the poor decisions he made. I could have been speaking to any patient that suffered from serious addiction at that time, not someone who was just the medical director a few days prior.

Dr. Finver kept apologizing for not taking the steps that he knew he should have done to prevent the downward spiral that ended with his arrest and his sudden inability to fulfill his obligations with us. Dr. Finver appeared to be contemplating his actions and seeking feedback from me. Dr. Finver indicated that he knew he should have reached out for help.

Dr. Finver was apologetic and attempted to be trying to deal with the significance of his personal, legal and employment situation.

I do believe that Dr. Finver is sincerely remorseful for his actions as they are inconsistent with his clear intent to live his life in recovery and to help others.

Paige K. Prentice, MM, CASAC
Sr. VP of Operations
Horizon Health Services



Mr. Covert,                    1/8/19

    I am writing this letter
on behalf of Dr. Finver. I
met him 2 years ago at
Horizon Terrace House. It
was my first night of detox.
I met him the next morning.
I have been his patient ever
since. I have been clean & sober
for over 2 years now. He is a
big reason I'm clean today.
He gave me hope. I trust him
and he has always guided me
in the right direction. I have
been to phony rehabs before
that and they did not work.
I didn't get the tools I
needed to stay clean. When
I got to Terrace House I
knew things would be different
and they were. When I first
met Dr. Finver he took his
time with our first visit

and every visit after that. He learned about me, my life and my addiction. I have been with him since because I am on the Suboxone program. I continued outpatient at Horizon on Broadway. I continued to see Dr. Finter through group and one-on-one Suboxone visits. When I heard the news I cried my eyes out because he was always there for me and I wish someone would have been there for him. If there is anything I can do please let me know. He has all my support. If you need character testimony I am more than happy to do that.

Thank you.

Jenna Klesic
Jenna Klesic

April 25, 2019


Barry Nelson Covert, Esq. Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202


RE: TORIN FINVER


Dear Mr. Covert:


My name is Andrew Symons, MD.  I am a Family Physician and an Addiction Medicine Physician.  I am
the Vice Chair for Medical Student Education of the Department of Family Medicine at the Jacobs School
of Medicine at the University at Buffalo.  I am also the Medical Director of outpatient chemical
dependency services at Horizon Health Services.

I have known and worked with Torin Finver since 2013.  We have worked together as clinicians at
Horizon Health Services, and as medical educators at the University of Buffalo.  I have known Dr. Finver
to be a compassionate and thoughtful physician.  He has always treated his patients with a great deal of
empathy and respect.  As a leader in the field of addiction medicine in Western New York, he has
engaged physician and non-physician colleagues to improve care for patients and families suffering from
addiction.  He has been instrumental in my own development as a physician treating patients with
addiction.

I believe that Torin is remorseful for his actions.  I look forward to his restored health, and to welcoming
him back as a colleague and a contributing citizen.


Respectfully,


Andrew Symons MD

April 28, 2019


Barry Nelson Covert, Esq.

Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120

Buffalo, NY 14202


RE:  TORIN FINVER

Dear Mr. Covert,


I am Darren Alicandri. I am  a  physician working for the University of Buffalo Family Medicine Addiction Medicine Department ("UBMD FM AM").    I was a colleague of Dr. Torin Finver.  I have known Dr. Finver since  October of 2015, when Dr. Finver was fellowship director of the UBMD FM AM Department.  I was trained in Addiction Medicine by Dr. Finver  and by other physicians of UBMD FM AM Department starting from July of 2016. During these years of knowing Dr. Finver, I observed that he is a very knowledgeable, dedicated, and a caring physician not only towards his patients, but also to his fellow colleagues. These traits also carried outside of the working place. He had shown great support to the new coming  fellows, like myself,  and other physicians  in the Department by regularly organizing a lunch event for the group to socialize and to get to know each other better.  As fellowship director, he carefully went over my work and  would generously compliment me when the work was done well.    His talent in Addiction Medicine and Family Medicine was a great asset to the community.    After the incident, Dr. Finver has displayed his remorse for the offense  in many ways to the department and colleagues by conversation through e-mail and phone call.    I do see that Dr. Torin Finver  is  deeply remorseful for committing the offense.   I strongly believe with appropriate  help  and  treatment,  Dr.  Finver  can  still  be  a  great  asset  to  the  community, especially in Addiction because of his real life experiences.  If you have further questions, I can be reached at this phone number: 347-631-5989.


Respectfully Submitted,

*Darren Alicandri, MD*

Dr. Darren Alicandri, MD

12 Rockne Road,  Apt 6

Kenmore, NY  14223



UB|MD FAMILY MEDICINE

April 24, 2019


Barry Nelson Covert, Esq.

Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120

Buffalo, NY 14202


TORIN FINVER


Dear Mr. Covert:

My name is Dr. Sarah Abdelsayed and I am a physician practicing Family Medicine and Addiction Medicine at the University at Buffalo. I first met Dr. Torin Finver during my interview for the Addiction Medicine Fellowship at UB in the winter of 2014. I immediately knew that I wanted him to train me in how to treat patients struggling with the disease of addiction. When I heard him talk to patients about their character defects and struggles in such a genuine way, I thought to myself, "That is powerful! I want to do that someday."

As my Fellowship Director during 2015 – 2016, he taught me everything about treating patients with addiction – from the medications to prescribe to building a trusting relationship with patients to encourage honesty. He taught me how to connect with patients in a meaningful way and motivate them to move towards a more fulfilling life. He would round in the ECMC and Horizons detoxification units for longer periods as he continued to motivate patients. He also had a strong interest in helping adolescents and working with families to better support their loved ones with addiction. Dr. Finver is especially known as our community activist for improving addiction medicine care in Buffalo NY. He speaks at community outreach events and coordinates efforts among different agencies to work together for our patients. Through his individual efforts and ability to connect people, he has engaged the Buffalo community in empathizing and striving to better the lives of our patients with addiction.

Dr. Finver also taught me to take time to learn more about myself. His personal recovery work translated to offering great life advice. His ability to connect with people's suffering makes him an excellent physician and, more personally, a trustworthy friend to me.

Dr. Finver is an excellent physician and role model. I owe my ability to take care of patients struggling with addictions to him. I know that he is genuinely remorseful of his actions and wants to continue to make positive changes for himself and his community in the future.


Respectfully,

Sarah Abdelsayed MD

Clinical Assistant Professor

University at Buffalo

Department of Family Medicine

4/21/2019


Barry Nelson Covert, Esq.

Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120

Buffalo, NY 14202


Re: Torin Finver

Dear Mr. Covert:

I worked with Torin Finver for several years at Horizon Health Services, both at our Broadway Recovery Center and 291 Elm Terrace House detox facility. I helped manage his medically assisted treatment program and worked closely together. In that time, Torin Finver helped countless members of our community while they were in the most difficult periods of their lives. During this time Torin was a personal and professional hero of mine, and greatly influenced my life. Torin was a large factor in numerous people's recovery and had a powerful impact on many of our patients lives. One thing that Torin would always impart on our patients was a sense of accountability for their actions and behaviors. I know Torin takes full responsibility for what he did and will use this opportunity to better himself. I know that he not only regrets how this will impact himself and his family, but also how it has affected those he treated and others in the recovery community.  I know that if given the opportunity, he would do everything in his power to make it right. Dr. Finver may be a personal role model of mine, but he was also a force for good in the community and helped improve the lives of hundreds during his career.


Respectfully,

Brian Murray

April 30, 2019


Barry Nelson Covert, Esq.
Lipisitz Green Scime Cambria LLP
42 Delware Avenue, Suite 120
Buffalo, NY 14202


Re: Torin Finver


Dear Mr Covert,

I am the former Vice Chair for Clinical Service for University of Buffalo Family Medicine; since 2010 I have been a member of the teaching faculty in Addiction Medicine and I am the current Medical Director for Horizon Health Services Terrace House Detox and Inpatient Rehabilitation Services. I have known Dr Finver since he arrived in Western New York in the Spring of 2013 as an Addiction Medicine Fellow and have worked closely with him in academic, clinical, administrative and social settings since that time.


I know first-hand Dr Finver's commitment and dedication to improving the field of addiction medicine and the lives of his patients. However, I most want to share the unique experience I have gained since I assumed his clinical duties at Horizon Health Services in December 2018. The number of students, residents and colleagues that have shared the way Dr Finver helped teach them about addiction medicine and improve their skills and ability to help patients inflicted with this disease. The impact he has had on his patients cannot be understated—it is without exaggeration to say I have long ago lost count of the number of patients that have said to me over the past four months, "Dr Finver saved my life."


I know the positive impact Dr Finver has had on the disease of addiction in our community, I have seen his sincere remorse for his actions, and I know he has so much more to offer to improve our community, this disease and the lives of countless more patients and their loved ones.


Respectfully,

Joseph V. Mure, MD, FAAFP

 **Buffalo Medical Group**
Treating people well.

April 30, 2019

Darren M. Caparaso, M.D.
Buffalo Medical Group
3900 North Buffalo Road
Orchard Park, NY  14127

RE:      Torin Finver

Dear Mr. Covert:

My name is Darren Caparaso and I am a Family Physician that practices with Buffalo Medical
Group in Orchard Park, NY.  I practice Family Medicine as well as Addiction Recovery Care and
teach students from the University of Buffalo and other local colleges.

I am personally very grateful that Torin Finver was willing to be a mentor to me as I learned
how to medically manage people that are struggling with addictions.  Torin was always
available and generously shared his valuable knowledge with me, including medication assisted
treatment.  Torin has made an impact on our region over several years of educating healthcare
providers, students and the community on understanding and treating people with addictions,
helping to rid the stigma.

My mentorship experience with Torin has given me confidence to continue to learn and
manage people that need and deserve help; I observed his compassionate heart for those that
were seeing him for Recovery Care.  It was evident that he truly cared about them and wanted
to see them become whole again.

I consider Torin to be a friend, colleague and truly caring and gifted person.  I am convinced and
hopeful that he can continue to make a difference in the lives of people that struggle with
addictions.

Respectfully,

*Darren Caparaso* MD

Darren M. Caparaso, M.D.



April 30, 2019

Barry Nelson Covert, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Re: Torin Finver

Dear Mr. Covert:

I am a Faculty Physician at United Health Services, Family Medicine Residency Program in Johnson City New York. I am board Certified in Family Medicine and Addiction Medicine. Previously, I was the Director of the Addiction Medicine Fellowship at The Department of Family Medicine of the State University of New York.

I was responsible for the admittance of Torin Finver to the Addiction Medicine Fellowship at State University of New York at Buffalo. During my association with him, he was always honest, open and forthcoming about his mental health and addiction challenges. He was always working to improve himself and the care for patients.

I recall an episode when a fellow colleague in the office was loudly discharging a patient for multiple relapses; I approached the attending and asked if Torin and I could take over management of the patient. The attending's response was critical and derogatory. However, Torin never gave up on that patient. She is alive and sober today because of his work. He was compassionate with recovering people, strong with his conviction to do the right thing and always trying to find new ways of helping people with addictive and emotional issues to become whole.

I was so impressed by Torin that upon my departure from The University at Buffalo, I recommended him to replace me as fellowship director. He assumed this role and far surpassed anything that I could have done.

During my tenure, he was carefully monitored and observed. He was open about his life, relationships and his family struggles. As his supervising faculty I worked very closely with Torin. I found him to be of sound moral character and great integrity.

I have spoken with Torin since his arrest. He has spoken of the events preceding the arrest, and his feelings during the arrest and now.  During our conversations, he was genuinely regretful and sorry for all that he had done. He has been dealing with the consequences of the public humiliation, notoriety and shame of the arrest in a way that demonstrates his humility. He continues to work with the Fellowship of AA for himself and others. He struggles without health care for his mental health issues. He has expressed to me a desire to correct the wrongs he has committed.

In closing, I support Torin Finver through this ordeal and request the court to consider all the lives that Torin has saved, the people he has returned to be useful members of society, the support for the community he has served and his humility in his acceptance of his consequences.

Sincerely,

Lorne R. Campbell Sr. M.D.
**UHS Wilson Medical Center**
33-57 Harrison Street
Johnson City, New York 13790
(607) 763-6000