PROB 12B
(12/98)

# United States District Court

### For

### The Western District of New York

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Torin Jonathan Finver          **Case Number:** 1:19CR00243-001

**Name of Sentencing Judicial Officer:** Honorable William M. Skretny, Senior United States District Judge

**Date of Original Sentence:** June 24, 2020

**Original Offense:** Importation of Controlled Substances, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(3)

**Original Sentence:** Time served, followed by one (1) year of supervised release. Special Conditions include: substance abuse testing/treatment; mental health evaluation/treatment; notify of any opiate based pain medication; and search/seizure. Special assessment of $100.00 (paid in full).

**Modification:** On January 19, 2021, the subject's conditions of supervision were modified to include two (2) months of Location Monitoring (home incarceration component) as a result of the subject's continued use of illicit substances.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** June 24, 2020

## PETITIONING THE COURT

☒     To modify the conditions of supervision as follows:

**The Location Monitoring condition ordered on January 19, 2021 is extended until the subject's term of supervision expires on June 23, 2021.**

### CAUSE

As a result of the subject's continued use of illicit substances, on January 19, 2021, the subject's conditions of supervised release were modified to include Location Monitoring (home incarceration component) for a period of two months. On March 15, 2021, the subject reported to the U.S. Probation Office for a random drug test. Mr. Finver submitted a urinalysis sample which tested positive for fentanyl. The subject denied the use of this substance but admitted to using cocaine on March 12, 2021. He advised having a small amount of this substance stored in his residence. As a result of the subject's recent use, we are requesting to modify the current condition already in place. Mr. Finver will remain linked with outpatient drug and mental health treatment during this timeframe as well to help address his addiction issues.

RE:   TORIN JONATHAN FINVER
      1:19CR00243-001
      Page 2 of 2


Mr. Finver was informed that any further noncompliance may result in a violation being filed with the Court. The subject has readily agreed to this modification as indicated by his signature on the attached waiver.


Reviewed by:                                          Respectfully submitted,


_____          by    _____
Peter J. Lepiane                                         Janelle L. Dzina
Supervising U.S. Probation Officer                       U.S. Probation Officer Specialist
                                                         Date:  March 22, 2021


THE COURT ORDERS:

☐   No Action
☐   The Extension of Supervision as Noted Above
☑   The Modification of Conditions as Noted Above
☐   Other


                                          _____
                                          Signature of Judicial Officer

                                          3/23/2021
                                          _____
                                                         Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.  I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The Location Monitoring condition ordered on January 19, 2021 is extended until the subject's term of supervision expires on June 23, 2021.**

Witness: _____
Janelle L. Dzina
U.S. Probation Officer Specialist

Signed: _____
Torin Jonathan Finver
Supervised Releasee

_____
3/22/21
Date